■■■ NORTH SYRACUSE CENTRAL SCHOOL DISTRICT, Appellant, v ASHLEY McGRAW ARCHITECTS, P.C., et al., Defendants. NEP GLASS CO., LTD., Third-Party Plaintiff, v MARC DONAHUE et al., Third-Party Defendants-Respondents. [978 NYS2d 707]—Appeal from an order of the Supreme Court, Onondaga County (James P. Murphy, J.), entered October 10, 2012. The order denied the motion of plaintiff for leave to amend the complaint and caption.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on November 14 and 22, 2013,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Centra, J.P., Peradotto, Carni, Lindley and Valentino, JJ.